**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> JOSE ALFREDO GOMEZ and SILVIA C. GOMEZ, individually and d/b/a LOS MANJARES RESTAURANT, <br><br> Defendants. | Case No.: 1:10-cv-02249 LJO JLT <br><br> ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION AND VACATING THE INITIAL SCHEDULING CONFERENCE <br><br> (Doc. 11) <br><br> ORDER DIRECTING PLAINTIFF TO FILE APPLICATION FOR DEFAULT JUDGMENT |

This matter was initiated on December 3, 2010 by Plaintiff J & J Sports Productions, Inc. (Doc. 1). Jose Alfredo Gomez and Silvia C. Gomez ("Defendants") were served with the summons and complaint on February 22, 2011. (Docs. 6-7). Defendants failed to respond within the time prescribed by the Federal Rules of Civil Procedure. Therefore, upon application of Plaintiff and pursuant to Fed. R. Civ. P. 55(a), the Clerk of Court entered default against Defendants on April 7, 2011. (Doc. 10).

On April 19, 2011, Plaintiff filed an ex parte application for an order vacating the initial scheduling conference given the default status of Defendants. (Doc. 11). In addition, Plaintiff asserts that its application for default judgment would soon be filed with the Court. *Id.* at 1.

///

///

Based upon the forgoing, there is good cause to vacate the scheduling conference in this matter. Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiff's ex parte application for vacating the scheduling conference is **GRANTED**;

    2. The Scheduling Conference set for April 27, 2011, at 9:30 a.m. is **VACATED**; and

    3. Plaintiff **SHALL FILE** its application for default judgment against Defendants within 30 days of service of this order.

IT IS SO ORDERED.

Dated:   **April 20, 2011**                                        /s/ Jennifer L. Thurston
                                                                                        UNITED STATES MAGISTRATE JUDGE