Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:10-cv-02249-LJO-JLT |
|---|---|
| Plaintiff, | |
| vs. | REQUEST TO ENTER DEFAULT |
| JOSE ALFREDO GOMEZ, et al., | |
| Defendants. | |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff, J & J Sports Productions, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against **Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

///

1  Said Defendant was duly served with the Summons and Complaint, evidenced
2  by the Proof of Service on file with this Court.

Dated: April 12, 2012        /s/ Thomas P. Riley
                             **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 12, 2012, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurelio Cortes a/k/a Aurelio J. Cortez (Defendant)
3665 East Washington Avenue
Fresno, CA 93702

Jose Alfredo Gomez (Defendant)
4069 East Ashlan Ave.
Fresno, CA 93726

Silvia C. Gomez (Defendant)
4069 East Ashlan Ave.
Fresno, CA 93726

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 12, 2012, at South Pasadena, California.

Dated: April 12, 2012                    */s/ Brock Barton*
                                         BROCK BARTON