Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:10-cv-02249-LJO-JLT |
|---|---|
| Plaintiff, | NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT |
| vs. | |
| JOSE ALFREDO GOMEZ, et al., | For: Honorable Jennifer L. Thurston |
| Defendant. | Date: Monday, August 27, 2012 |
| | Time: 9:00 A.M. |
| | Courtroom: 6 |

TO THE HONORABLE JENNIFER L. THURSTON, THE DEFENDANTS, AND HIS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on Monday, August 27, 2012, at 9:00 A.M. or as soon thereafter as this matter may be heard by the above-entitled United States District Court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff will present its Application for Default Judgment By The Court against defendant Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant.

///

///

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 1

The Clerk has previously entered the default on said defendant on or about April 16, 2012.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendant is not an infant or incompetent person, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

2. Defendant has not appeared in this action; and,

3. Notice of this Application for Default Judgment by the Court and supplemental pleadings were served on said defendant; and,

4. Plaintiff is entitled to judgment against the defendant on the claims pled in the complaint. To wit:

    A. By contract, Plaintiff paid for the proprietary rights to distribute the *Oscar De La Hoya v. Manny Pacquiao Welterweight Championship Fight Program event,* telecast nationwide on Saturday, Decemeber 6, 2008, via closed-circuit television (hereinafter referred to as the "*Program*").

    B. With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, the above-named Defendant and/or his agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of the transmission at the address of the establishment doing business as, "Los Manjares Restaurant", a food and drink establishment operated by the defendant, and located at 4069 East Ashlan Avenue, Fresno, CA 93722.  Please see the concurrently filed Declaration of Affiant.

    C. Said unauthorized reception, interception and/or exhibition of the *Program* by said defendant was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

///

D. The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. Section 605, *et seq.*

E. The unauthorized reception, interception and exhibition of the *Program* at the address of the Defendant's establishment as described herein, is also prohibited by Title 47 U.S.C. Section 553, *et seq.*

F. By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendant tortuously obtained possession of the *Program* and wrongly converted same to their own use and benefit.

5. Plaintiff seeks Judgment in its favor and against the defendants, in the amount of $112,200.00. A breakdown of the relief requested is detailed within the Proposed Order, concurrently filed.

Respectfully submitted,

Dated: July 19, 2012     */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 3

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Squire, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 19, 2012, I served:

**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurelio Cortes a/k/a Aurelio J. Cortez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Jose Alfredo Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Silvia C. Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 19, 2012, at South Pasadena, California.

Dated: July 19, 2012            */s/ Maria Baird*
                                **MARIA BAIRD**

///