Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISON

| J & J SPORTS PRODUCTIONS, INC., | Case No.  1:10-cv-02249-LJO-JLT |
|---|---|
| Plaintiff, | DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT |
| vs. | |
| JOSE ALFREDO GOMEZ, et al., | |
| Defendant. | |

**To:  The Clerk of the above-entitled Court:**

I, Thomas P. Riley, declare as follows:

1. My firm and I are counsel to J & J Sports Productions, Inc. in the above-entitled action.

2. The defendant has not appeared in this action and have not responded to the Complaint served upon them within the time permitted by law.

3. Defendant is not an  infant, incompetent person, or persons in military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act of 2003.

4. On April 12, 2012, a Request for Entry of Default was filed with the Court regarding defendant Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant, the instant defendant.

///

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
BY THE COURT
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 1**

5.     Default was entered on April 16, 2012, against defendant Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant.

6.     This action involves a claim for damages by Plaintiff J & J Sports Productions, Inc., against Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant, for misappropriation of the *Oscar De La Hoya v. Manny Pacquiao Welterweight Championship Fight Program* event in violation of Title 47 U.S.C. Section 605, *et seq*., and Title 47 U.S.C. Section 553, *et seq*.  Plaintiff further alleges that the defendant committed the tort of Conversion and violated California Business and Professions Code Section 17200, however Plaintiff seeks relief on only two (2) of the four (4) causes of action as more particularly set forth below.

7.     Plaintiff respectfully requests judgment in its favor and that damages be awarded to it, as follows:

    a.  **For Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):**     $   110,000.00

    b.  <u>**For The Tort of Conversion:**                                                        **$       2,200.00**</u>

       **Total Amount of Requested Judgment:**                              $    112,200.00

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

                                                           Respectfully submitted,

Dated:  July 19, 2012                               */s/ Thomas P. Riley*
                                                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                           By: Thomas P. Riley
                                                           Attorneys for Plaintiff
                                                           J & J Sports Productions, Inc.

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 19, 2012, I served:

**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANTS**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurelio Cortes a/k/a Aurelio J. Cortez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Jose Alfredo Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Silvia C. Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 19, 2012, at South Pasadena, California.

Dated: July 19, 2012                    */s/ Maria Baird*
                                        **MARIA BAIRD**

///