Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:10-cv-02249-LJO-JLT |
| Plaintiff, | DECLARATION OF AFFIANT |
| vs. | |
| JOSE ALFREDO GOMEZ, et al., | |
| Defendant. | |

**TO THE CLERK OF THE COURT:**

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Respectfully submitted:

Date: July 19, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

DECLARATION OF AFFIANT
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 1

COUNTY OF: <u>Fresno</u>          STATE OF: <u>California</u>

BEFORE ME, the undersigned authority, on this day personally appeared <u>Ramon Simon</u> (Name of Auditor), and after being first duly sworn according to law, deposes and states as follows:

1. My name is <u>Ramon Simon</u> (Name of Auditor). I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by   **AUDITMASTERS**

3. At approximately <u>07:10 p.m.</u> on this <u>6th</u> day of <u>December 2008</u>, I entered:

   Los Manjares Restaurant
   4069 E Ashlan Avenue
   Fresno, CA 93722
   (559) 224-0085

During my visit, I observed that Los Compadres (Restaurant) was displaying the Oscar De La Hoya vs. Manny Pacquiao and/or its undercard preliminary bouts. I took a head count at this time and counted approximately <u>40</u> persons inside the establishment. I also noticed there were <u>2</u> televisions for viewing by patrons inside this establishment.

4. The television monitor(s) displayed the following:

<u>At the time I was there the 1st round of the match between Victor Ortiz wearing white trunks and Jeff Resto wearing blue trunks. The ring had a "Cazadores" logo in the center, and located at the bottom right hand of the screen was a clock HBO PPV.</u>

---

PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.

By: _Ramon Simon_ _____ (Signature of Auditor)

Ramon Simon (Printed Name of Auditor)

Dated: December _8_, 2008
Sworn to and subscribed before me this _8_ day of <u>December</u> 2008.

Notary Public in and for the State of:   <u>California</u>

My Commission Expires: _10-10-12_

(Signature of Notary Public)
This is a legal document and _MUST_ be typed.



## OSCAR DE LA HOYA VS MANNY PACQUIAO 12/06/08

1. Name of Auditor: <u>Ramon Simon</u>

2. Auditor's Date of Birth: <u>05 December 1970</u>

3. Auditor's Social Security Number: <u>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</u>

4. Auditor's Address: <u>4508 W Holland Avenue</u>

5. Auditor's Phone Number: <u>510-461-4226</u>

6. Name of Employer: <u>**AUDITMASTERS**</u>

7. Name, Address, and telephone number of the commercial establishment:

   Los Manjares Restaurant
   4069 E Ashlan Avenue
   Fresno, CA 93722
   (559) 224-0085

8. Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed.

   <u>The establishment had a (4) foot banner on the outside walkway. The banner had the word "Tecate" on it as well as a picture of boxers Oscar de Hoya and Manny Pacquiao. On one of the doors of the establishment, was a poster of the above stated boxers as well.</u>

9. Was there an admission or cover charge? <u>No.</u>    If so, how much $ _____.

10. During my visit to the establishment, I observed the boxing match featuring

    <u>Victor Ortiz</u> who wore <u>white</u> colored trunks

                    VS.

    <u>Jeff Resto</u> who wore <u>blue</u> colored trunks

    The fight appeared to be in the 1st round.

    I also observed that the ring mat displayed the <u>Cazadores</u> logo.

11. During my visit to the establishment, I observed the announcers discussing:

    Boxer Ortiz had just knocked down boxer Resto.

12. I observed <u>2</u> television sets.

13. Both televisions sets were displaying the telecast. Of the <u>2</u> Televisions I observed, <u>1</u> was a big screen.

14. Detailed description of at least one employee is required!
(Name, gender, physical description and if possible, that employee's position with the establishment):

A female waitress by the name of Nancy was present at this time.

15. Establishment Description *is required!*
(Interior/exterior, unique features, pool tables, lighting, decorations):

The restaurant consisted of (2) dining rooms, with a small bar area located in the main dining room. The floor was carpeted, and the walls were painted yellow.







## License Information

License Number: 435605   Status: ACTIVE

Primary Owner: GOMEZ JOSE ALFREDO

ABC Office of Application: FRESNO

## Business Name

Doing Business As: LOS MANJARES

## Business Address

Address: 4069 E ASHLAN AVE   Census Tract: 0053.01

City: FRESNO   County: FRESNO

State: CA   Zip Code: 93726

## Licensee Information

Licensee: GOMEZ JOSE ALFREDO

Licensee: GOMEZ SILVIA

## License Types

1) License Type: 41 - ON-SALE BEER AND WINE - EATING PLACE

License Type Status: ACTIVE   Term: Month(s)

Status Date: 08-MAR-2006

Original Issue Date: 08-MAR-2006   Expiration Date: 28-FEB-2009

Master: Y   Duplicate: 0   Fee Code: NA

License Type was Transferred On:   From: 400775

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 19, 2012, I served:

**DECLARATION OF AFFIANT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurelio Cortes a/k/a Aurelio J. Cortez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Jose Alfredo Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Silvia C. Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 19, 2012, at South Pasadena, California.

Dated: July 19, 2012        /s/ Maria Baird
                            **MARIA BAIRD**

///

///

DECLARATION OF AFFIANT
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 2