Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:10-cv-02249-LJO-JLT |
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| JOSE ALFREDO GOMEZ, et al., | |
| Defendant. | |

Default having been entered in this action on April 16, 2012 against defendant Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant, and the Application for and Declarations in support of default judgment having been filed on or about July 19, 2012, and having been served on the defendant and notice given and no appearance by the defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///

///

///

///

ORDER (Proposed)
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against defendant Aurelio Cortes a/k/a Aurelio J. Cortez, individually and d/b/a Los Manjares Restaurant and in favor of J & J Sports Productions, Inc., as follows:

  a. **For Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):** $ 110,000.00

  b. <u>**For the Tort of Conversion:**</u>         $ 2,200.00

                **Total:** $ 112,200.00

  **Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $112,200.00.**

**IT IS SO ORDERED**:

_____    Dated:_____
**The Honorable Jennifer L. Thurston**
**United States District Court**
**Eastern District of California**
///
///
///
///
///
///
///
///
///

**ORDER (Proposed)**
**CASE NO. 1:10-CV-02249-LJO-JLT**
**PAGE 2**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 19, 2012, I served:

**ORDER (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Aurelio Cortes a/k/a Aurelio J. Cortez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Jose Alfredo Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

Silvia C. Gomez (Defendant)
3665 East Washington Ave.
Fresno, CA 93702

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 19, 2012, at South Pasadena, California.

Dated:  July 19, 2012          */s/ Maria Baird*
                                 **MARIA BAIRD**

///

ORDER (Proposed)
CASE NO. 1:10-CV-02249-LJO-JLT
PAGE 3