UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE ALFREDO GOMEZ, et al., <br><br> Defendants. | Case No.: 1:10-cv-02249 - LJO - JLT <br><br> ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT |

On December 3, 2010, J & J Sports Productions, Inc., ("Plaintiff") filed its complaint against Jose Alfredo Gomez and Silvia C. Gomez, individually and doing business as Los Manjares Restaurant. (Doc. 1). Upon application of Plaintiff, default was entered against the defendants pursuant to Fed. R. Civ. P. 55(a). (Docs. 9-10). However, Jose Gomez and Silvia Gomez filed a "Notice of Filing Bankruptcy" on April 20, 2011. (Doc. 13).

Plaintiff filed a First Amended Complaint against Jose Gomez, Silvia Gomez, and Aurelio Cortes, individually and doing business as Los Manjares Restaurant on May 17, 2011. (Doc. 14). According to Plaintiff, the company secured nationwide commercial exhibition rights to broadcast "Oscar De La Hoya v. Manny Pacquiao Welterweight Championship Fight Program," which was broadcast in Los Manjares Restaurant without the purchase of a proper sublicense. (Doc. 14 at 4-5).

On November 1, 2012, the Court granted Plaintiff's application for default judgment against Aurelio Cortes in the amount of $12,000 for a violation of the Copyright Act and conversion. (Doc.

1

26 at 5). The claims against defendants Jose Gomez and Silvia Gomez remain in Bankruptcy, although Plaintiff has received judgment in the action.

Accordingly, Plaintiff **SHALL** file a status report informing the Court whether it intends to pursue its claims against Jose Gomez and Silvia Gomez in this court, or in the alternative, file a notice of dismissal of the action.

IT IS SO ORDERED.

Dated:   **November 27, 2012**                        **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE