# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 10-2249 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 28.) |
| vs. | |
| JOSE ALFREDO GOMEZ, et al., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this action and claims against defendants Jose Alfredo and Silvia Gomez. Given entry of default judgment against remaining defendant Aurelio Cortez, no further matters are pending before this Court. As such, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 30, 2012**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE