1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   J & J SPORTS PRODUCTIONS, INC.,                CASE NO. CV F 10-2249 LJO JLT

12                    Plaintiff,                    **ORDER TO DISMISS AND CLOSE
                                                    ACTION**
13                                                  (Doc. 28.)

14          vs.

15   JOSE ALFREDO GOMEZ, et al.,

16                    Defendant.
                                              /

17          Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court

18   DISMISSES without prejudice this action and claims against defendants Jose Alfredo and Silvia Gomez.

19   Given entry of default judgment against remaining defendant Aurelio Cortez, no further matters are

20   pending before this Court.  As such, this Court DIRECTS the clerk to close this action.

21          IT IS SO ORDERED.

22   **Dated:    November 30, 2012**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                            1